COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS



|  |  |  |
|---|---|---|
| FLAMINGO PERMIAN OIL & GAS, L.L.C., FLAMINGO OPERATING, L.L.C., and OMAR MINHAJ, | § § § | No. 08-18-00027-CV |
| Appellants, | § | Appeal from the |
| v. | § | 83rd District Court |
| STAR EXPLORATION, L.L.C, | § | of Pecos County, Texas |
| Appellee. | § § | (TC# P-7720-83-CV) |
|  | § |  |

# **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellee recover from Appellants and their sureties, if any, *see* TEX.R.APP.P. 43.5, on the judgment and all costs of this appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 28TH DAY OF FEBRUARY, 2019.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.